**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROGER DALE CAMPBELL, JR.
ADC #78423                                                                                    PLAINTIFF

V.                              4:06CV01586-WRW/JTR

RON CHISM, Program Director,
Therapeutic Community, Wrightsville Unit,
Arkansas Department of Correction, et al.                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. The Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Complaint filed in this action (4:06CV001586 WRW/JTR, docket entry #1) is DISMISSED, WITH PREJUDICE.

2. The Motion for Appointment of Counsel filed in this action (4:06CV001586 WRW/JTR, docket entry #2) is DISMISSED, AS MOOT.

3. The Clerk is directed to file a copy of the Complaint in this action (4:06CV001586 WRW/JTR, docket entry #1) as Plaintiff's Amended Complaint in 4:06CV001538 JMM/HDY.

4. The Clerk is directed to file a copy of the Motion for Appointment of Counsel in this action (4:06CV001586 WRW/JTR, docket entry #2) as a Motion for Appointment of Counsel in 4:06CV001538 JMM/HDY.

5.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 28th day of November, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE