# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROGER DALE CAMPBELL, JR.
ADC #78423                                                                                            PLAINTIFF

V.                                          4:06CV01586-WRW/JTR

RON CHISM, Program Director,
Therapeutic Community, Wrightsville Unit,
Arkansas Department of Correction, et al.                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE and Judgment is entered in favor of Defendants on all claims set forth in this action. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 28th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE